1 | Robert E Jesinger, SBN 59550
WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, CA 95125
Telephone:    408.979.2920
Facsimile:    408.979.2934
rjesinger@wmjpr.com

Attorney for Plaintiffs

Steven Paul Cohn, SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone:    408.557.0300
Facsimile:    408.557.0309
spcohnlaw@aol.com

Attorney for Defendant

*[Stamp: IT IS SO ORDERED / Judge James Ware / United States District Court, Northern District of California]*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH GAMB,<br><br>          Plaintiff,<br><br>     v.<br><br>ALL BAY ELECTRIC, INC., ROBERT SZTUK and DAVID SZTUK,<br><br>          Defendants. | Case No. C 04 01719 JW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

   The parties in the above-entitled matter, through their respective counsel, hereby stipulate that judgment shall be entered in favor of Plaintiff and against All Bay Electric, Inc. and Robert Sztuk, individually, in the amount of $100,000.00.

   This Stipulation for Judgment has been filed with the Court consistent with the terms spelled out in that Release and Settlement Agreement between the parties dated and signed on the same date as this Stipulation.

Dated: March ___, 2005     WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER


By _____
    ROBERT E. JESINGER
    Attorney for Plaintiff

Dated: March ___, 2005     ADVOCACY CENTER FOR EMPLOYMENT LAW


By _____
    STEVEN PAUL COHN
    Attorney for Defendant

    IT IS SO ORDERED


Dated: 7/1/05     /s/ James Ware
                  James Ware
                  Judge, US District Court

STIPULATION FOR ENTRY OF JUDGMENT
CASE NO. C 04 01718 JW