Robert E Jesinger, SBN 59550
WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, CA 95125
Telephone:    408.979.2920
Facsimile:    408.979.2934
rjesinger@wmjpr.com

Attorney for Plaintiff

Steven Paul Cohn, SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone:    408.557.0300
Facsimile:    408.557.0309
spcohnlaw@aol.com

Attorney for Defendants

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH GAMB,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL BAY ELECTRIC, INC., ROBERT SZTUK and DAVID SZTUK,<br><br>    Defendants. | Case No. C 04 01719 JW<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

The parties hereto, through their Attorneys of Record, and pursuant to the Release and Settlement Agreement entered into and executed by all the parties, hereby dismiss with prejudice Defendant DAVID SZTUK, individually, only.

Dated: June 9, 2005          WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER


                          By _____
                              ROBERT E. JESINGER
                              Attorney for Plaintiff

1

STIPULATION AND ORDER RE DISMISSAL
CASE NO. C 04 01719 JW

1 | Dated: June 21, 2005          ADVOCACY CENTER FOR EMPLOYMENT LAW

By _____
STEVEN PAUL COHN
Attorney for Defendant

**IT IS SO ORDERED**

Dated: 7/1/05              /s/ James Ware
                           James Ware
                           Judge, US District Court

l:\8000\80267\usdc pleading\notice of dismissal.doc

STIPULATION AND ORDER RE DISMISSAL
CASE NO. C 04 01719 JW

2